**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARKADIUSZ PIOTR POZARLIK and AGNIESZKA ZOFIA POZARLIK, | CIVIL ACTION NO. 3:11-CV-1349 |
| Plaintiffs, | |
| | (JUDGE CAPUTO) |
| CAMELBACK ASSOCIATES, INC. t/d/b/a THE VILLAGE AT CAMELBACK; THE VILLAGE AT CAMELBACK PROPERTY OWNERS ASSOCIATION, INC.; KATHLEEN SIMONCIC; QUEENSBORO FLOORING P.A. CORPORATION, QUEENSBORO PROFESSIONAL WOOD FLOORING, LLC; TOMAS KORYTKOWSKI; BELLA CHERNOV, and JOHN DOE NOS. 1-6 | |
| Defendants. | |

## ORDER

   **NOW**, this 7th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) The Village at Camelback Property Owners Association, Inc. and Kathleen

Simoncic's Motion for a More Definite Statement or in the Alternative Motion to

Strike Plaintiffs' Second Amended Complaint (Doc. 17) is **DENIED**.

(2) Defendants have **twenty-one (21) days** to file an answer to Plaintiffs'

Second Amended Complaint.


/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge