**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARKADIUSZ PIOTR POZARLIK and AGNIESZKA ZOFIA POZARLIK,<br><br>   Plaintiffs,<br><br>CAMELBACK ASSOCIATES, INC. t/d/b/a THE VILLAGE AT CAMELBACK; THE VILLAGE AT CAMELBACK PROPERTY OWNERS ASSOCIATION, INC.; KATHLEEN SIMONCIC; QUEENSBORO FLOORING P.A. CORPORATION, QUEENSBORO PROFESSIONAL WOOD FLOORING, LLC; TOMAS KORYTKOWSKI; BELLA CHERNOV, and JOHN DOE NOS. 1-6<br><br>   Defendants. | CIVIL ACTION NO. 3:11-CV-1349<br><br>(JUDGE CAPUTO) |

## ORDER

   **NOW**, this 7th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) The Village at Camelback Property Owners Association, Inc. and Kathleen Simoncic's Motion for a More Definite Statement or in the Alternative Motion to Strike Plaintiffs' Second Amended Complaint (Doc. 17) is **DENIED**.

(2) Defendants have **twenty-one (21) days** to file an answer to Plaintiffs' Second Amended Complaint.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge